# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 07-1441 consolidated with 07-1442


**STATE IN THE INTEREST OF C.A.W.**


\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. J-1521-05 CONSOLIDATED
HONORABLE LESTER P. KEES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*


**ULYSSES GENE THIBODEAUX
CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*


Court composed of Ulysses Gene Thibodeaux, Chief Judge, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

                                                    **AFFIRMED.**

**Robert J. Elliott**
**Louisiana Department of Social Services**
**P. O. Box 832**
**Alexandria, LA 71309-0832**
**Telephone:  (318) 487-5218**
**COUNSEL FOR:**
        **Appellant - State of Louisiana, Department of Social Services**

**Jack L. Simms, Jr.**
**P. O. Box 1554**
**Leesville, LA 71446**
**Telephone:  (337) 238-9393**
**COUNSEL FOR:**
        **Appellee - B.M.W.**

**Tony Clell Tillman**
**Tillman, Fontenot**
**P. O. Drawer 648**
**Leesville, LA 71496-0648**
**Telephone:  (337) 239-7983**
**COUNSEL FOR:**
        **Appellee - C.A.W.**

**David James Klann**
**607 South 5th Street**
**Leesville, LA 71446**
**Telephone: (337) 239-6709**
**COUNSEL FOR:**
**Appellee - B.C.W.**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *State in the Interest of C.W.*, 07-1442 (La.App. 3 Cir. _____/08), ___ So.2d___, the judgment of the trial court is affirmed.

**AFFIRMED**.